# Court of Appeals, State of Michigan

## ORDER

Jason Andrew Griffin v Rebekah Marie Griffin

Docket No. 338810

LC No. 12-002812-DM

William B. Murphy
Presiding Judge

Michael J. Kelly

Brock A. Swartzle
Judges

The Court orders that the January 30, 2018 opinion is hereby AMENDED. The opinion contained the following clerical error on page 10, first paragraph, last sentence: Therefore, under MCL 722.27(1)(c) only a parent's current absence from a child due to that parent's active duty status shall be considered by the trial court when making a determination about the child's best interests. The opinion is amended to read: Therefore, under MCL 722.27(1)(c) only a parent's current absence from a child due to that parent's active duty status may not be considered by the trial court when making a determination about the child's best interests.

In all other respects, the January 30, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 2 5 2018
Date

Chief Clerk